IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

DARRELL McCORMICK,

          Defendant.

ORDER

05-cr-140-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Darrell McCormick has filed a motion for early termination of his supervised release. His motion is DENIED. Although defendant has paid court-ordered restitution and fines and has not been involved in any known criminal activity, he was terminated from Rock Valley Community Programs after less than a month in a 180-day placement program, and is now living in a men's shelter in Beloit, Wisconsin. If, however, defendant continues to maintain employment and secures suitable housing, I would be willing to reconsider his request.

      Entered this 19th day of October, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge